ACCEPTED
09-17-00465-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
3/23/2018 10:59 AM
CAROL ANNE HARLEY
CLERK

CAUSE NO. 09-17-00465-CV

IN THE COURT OF APPEALS FOR
THE NINTH DISTRICT OF TEXAS, BEAUMONT, TEXAS

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
3/23/2018 10:59:20 AM
CAROL ANNE HARLEY
Clerk

NIKKI K. FENNER
Appellant

VS.

HUDSON & KEYSE, LLC
Appellee

Original Appellate Proceeding from the
County Court at Law No. 1 of Jefferson County, Texas

APPELLANT'S SECOND OPPOSED MOTION FOR
EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, Nikki K. Fenner ("Appellant"), and files this Second Oopposed Motion for Extension of Time to File Brief of Appellant.

**Basis for Request for Extension**

1.      Appellant requests an extension of thirty (30) days to file her Brief, which would extend Appellee's deadline to April 22, 2018.

2.      The request for the extension is based on the fact that Appellant's counsel has several upcoming trial settings and other deadlines and needs additional time to complete Appellant's Brief. Therefore, the Appellant's counsel request an extension of time to file its Brief.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant her extension of time to file her Brief for thirty (30) days from today's date, which would extend Appellant's deadline to April 22, 2018.

Respectfully submitted,

**SNIDER LAW FIRM, PLLC**

Wyatt D. Snider
State Bar No. 24039185
3535 Calder, Suite 300
Beaumont, Texas 77706
409.924.9595 - T/409.924.0808 - F
wyatt@sniderlawfirm.com
ATTORNEY FOR APPELLANT,
NIKKI K. FENNER

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has attempted to confer with counsel for Appellee in good faith regarding the subject of this Motion on March 21, 2018, but have not received a response. Therefore, it is assumed that Counsel for Appellee is opposed to this Motion.

Wyatt D. Snider

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2018, a copy of the foregoing was served on the parties via the ECF system.

Wyatt D. Snider